ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* CALIFORNIA COASTAL COMMISSION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SALLY JEWELL, *et al.*,<br><br>    Defendants. | No. 4:99-cv-04964-CW<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION PURSUANT TO FED. R. CIV. P. 60(b) FOR AN ORDER LIFTING DIRECTED SUSPENSIONS OF OFFSHORE LEASES |
| LEAGUE FOR COASTAL PROTECTION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SALLY JEWELL, et al.,<br><br>    Defendants. | No. 4:05-cv-00991-CW<br><br>ORDER GRANTING FEDERAL DEFENDANTS' AMENDED UNOPPOSED MOTION PURSUANT TO FED. R. CIV. P. 60(b) FOR AN ORDER LIFTING DIRECTED SUSPENSIONS OF OFFSHORE LEASES |

*State of California ex rel. California Coastal Comm'n, et al. v. Jewell*, No. 4:99-cv-04964-CW
~~Proposed~~ Order Granting Federal Defendants' Motion to Lift Directed Suspensions of Offshore Leases

In consideration of the Federal Defendants' Motion Pursuant to Fed. R. Civ. P. 60(b) for an Order Lifting Directed Suspensions of Offshore Leases, good cause having been shown, it is hereby ORDERED that

1. The motion is GRANTED and

2. The lease suspensions ordered by this Court in its Order of June 20, 2001, 150 F. Supp. 2d 1046, 1057–58 (N.D. Cal. 2001), are hereby LIFTED.

SO ORDERED.

DATED: 7/23/2013

CLAUDIA WILKEN
UNITED STATES CHIEF DISTRICT JUDGE

*State of California ex rel. California Coastal Comm'n, et al. v. Jewell*, No. 4:99-cv-04964-CW
~~Proposed~~ Order Granting Federal Defendants' Motion to Lift Directed Suspensions of Offshore Leases        1